UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BARTON TAYLOR COOK, III,** *pro se*,

    **Plaintiff(s),**

v.                                    CASE NO: 8:12-CV-2507-T-30AEP

**MARCADIS SINGER, P.A., et al.,**

    **Defendant(s).**
_____/

## ORDER OF DISMISSAL

Plaintiffs has/have failed to show cause, in writing, why this action should not be dismissed for failure to file a Case Management Report pursuant to Local Rule 3.05, in accordance with this Court's Order to Show Cause (Dkt. #15) entered on September 5, 2013. It is therefore

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on September 30, 2013.

                                                JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2012\12-cv-2507 dismissal.wpd*